**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| *versus* | § | NO. 1:25-CR-8 |
| | § | |
| | § | |
| RONALD DEAN DYES | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Judge's Report, the record, pleadings and all available evidence.

At the close of the revocation hearing, Judge Zack Hawthorn recommended:

1. finding the Defendant violated the third allegation in the petition that he failed to follow a standard condition of release;
2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and
3. sentencing the defendant to a term of 8 months' imprisonment to be served at the Federal Correctional Institution in Bastrop, Texas, if the Bureau of Prisons can accommodate such request, with no supervised release to follow

At the close of the revocation hearing, the Defendant, defense counsel, and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Ronald Dean Dyes's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 23rd day of November, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE